OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed, with costs.
 

 
 *890
 
 Although appellant, contrary to the conclusion reached by the Appellate Division, has not conceded the existence of a shortage in the amount of steel sold to respondent Canadian, it has nevertheless failed to set forth any evidentiary facts sufficient to defeat respondent’s motion for summary judgment. (See
 
 Rotuba Extruders
 
 v
 
 Ceppos,
 
 46 NY2d 223.)
 

 Chief Judge Cooke and Judges Jasen, Gabrielli, Jones, Wachtler and Fuchsberg concur in memorandum.
 

 Order affirmed.